**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-04047 | EAG | Judge: | Edward A. Godoy | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | R. MALDONADO & CO., INC. | | | | Date Filed (f) or Converted (c): | 05/25/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/20/2012 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 09/18/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY<br><br>Building located on 3,900 sq. meters of land at Road 153, Bo. Boca Velazquez, Santa Isabel, PR Sold on June 3, 2013 pursuant to motion for sale free and clear and order of the court docket no. 54 and 58 | 1,200,000.00 | 41,000.00 | | 456,000.00 | FA |
| 2. FINANCIAL ACCOUNTS FIRST BANK | 59,847.16 | 20,093.29 | | 20,093.29 | FA |
| 3. FINANCIAL ACCOUNTS BPPR<br><br>$0.00 balance as of time of filing for relief. | 12,200.57 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS BPPR 2<br><br>Account in overdraft as of the filing of the case. | 12,273.05 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS<br><br>No value to the estate. | 500.00 | 0.00 | | 0.00 | FA |
| 6. SECURITY DEPOSITS<br><br>No value to the estate. Subject to set-off on debt. | 6,750.00 | 0.00 | | 0.00 | FA |
| 7. SECURITY DEPOSITS<br><br>No value to the estate. | 350.00 | 0.00 | | 0.00 | FA |
| 8. SECURITY DEPOSITS<br><br>Used in postpetition administrative rent. No amounts due. Keys surrendered to landlord of Guaynabo, PR store. | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE<br><br>Receivables encumbered by BPPR. Trustee liquidated receivables as per agreement with BPPR, secured creditor, as per agreement approved at docket no. 25. | 470,394.37 | 133,978.05 | | 133,978.05 | FA |
| 10. VEHICLES 1997 ISUZU NFR<br><br>Sold pursuant to notice of sale filed at docket no.39 and report on sale at docket no. 46 | 44,000.00 | 2,000.00 | | 2,000.00 | FA |
| 11. VEHICLES 1999 NISSAN FORKLIFT<br><br>Sold pursuant to notice of sale at docket no. 22 | 26,481.00 | 3,000.00 | | 3,000.00 | FA |
| 12. VEHICLES 2001 FORD F-450<br><br>Sold pursuant to notice of sale filed at docket no. 22 | 26,500.00 | 400.00 | | 400.00 | FA |
| 13. VEHICLES 2003 FORD F-450<br><br>Sold pursuant to notice of sale filed at docket no. 22 | 36,135.00 | 400.00 | | 400.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-04047 EAG | Judge: Edward A. Godoy | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| Case Name: | R. MALDONADO & CO., INC. | | Date Filed (f) or Converted (c): | 05/25/2012 (f) |
| | | | 341(a) Meeting Date: | 06/20/2012 |
| For Period Ending: | 03/31/2016 | | Claims Bar Date: | 09/18/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. VEHICLES 2005 FORD F-150  Sold pursuant to notice of sale filed at docket no. 18 | 17,895.00 | 5,000.00 | | 5,000.00 | FA |
| 15. VEHICLES 2005 FORD F-150  Sold pursuant to notice of sale filed at docket no. 22 | 17,895.00 | 4,000.00 | | 4,000.00 | FA |
| 16. VEHICLES 2005 FORD F-150 XCAB  Sold pursuant to notice of sale filed at docket no. 22 | 25,607.35 | 4,000.00 | | 4,000.00 | FA |
| 17. VEHICLES 2005 FORD F-150 XCAB  Sold pursuant to notice of sale filed at docket no. 22 | 24,360.00 | 4,000.00 | | 4,000.00 | FA |
| 18. VEHICLES 2006 FORD ECONOLINE 350 VAN  Sold pursuant to notice of sale filed at docket no. 22 | 31,195.00 | 4,200.00 | | 4,200.00 | FA |
| 19. VEHICLES 2006 INFINITY M-35  Sold pursuant to notice of sale filed at docket no. 22 | 55,884.00 | 9,000.00 | | 9,000.00 | FA |
| 20. VEHICLES 2007 HINO TRUCK & ACCESORIES  Sold pursuant to notice of sale filed at docket no. 39 | 67,978.75 | 10,000.00 | | 10,000.00 | FA |
| 21. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 22. VEHICLES 2011 FORD EDGE  LEASE surrendered to Popular Auto on 08/16/2012 | 26,195.00 | 0.00 | | 0.00 | FA |
| 23. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 24. OFFICE EQUIPMENT ANGLE SHELVES RACKS | 7,607.41 | 2,000.00 | | 2,000.00 | FA |
| 25. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. OFFICE EQUIPMENT AUDIOVISUAL PROJECTION EQUIP. | 4,109.00 | 1,000.00 | | 1,000.00 | FA |
| 27. OFFICE EQUIPMENT COMPUTERS & SYSTEMS EQUIP. | 19,655.00 | 2,800.00 | | 2,800.00 | FA |
| 28. OFFICE EQUIPMENT ELECTRONIC TELEPHONE SYSTEM | 5,939.00 | 500.00 | | 500.00 | FA |
| 29. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 30. OFFICE EQUIPMENT FURNITURE | 28,560.00 | 7,000.00 | | 3,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-04047 | EAG | Judge: | Edward A. Godoy | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | R. MALDONADO & CO., INC. | | | | Date Filed (f) or Converted (c): | 05/25/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/20/2012 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 09/18/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. OFFICE EQUIPMENT PHOTOCOPIER 2006 XEROX  Lease in favor of Xerox. Surrendered. Not property of the estate. | 8,899.00 | 0.00 | | 0.00 | FA |
| 32. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 33. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 34. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 35. MACHINERY AND SUPPLIES PACKAGING MACHINE  Sold as per notice filed at docket no. 48 | 44,175.00 | 12,000.00 | | 12,000.00 | FA |
| 36. MACHINERY AND SUPPLIES TYGAR LANDSCAPING SYSTEM  Sold pursuant to notice of sale filed at docket no. 43 | 25,000.00 | 7,000.00 | | 7,000.00 | FA |
| 37. INVENTORY  Pesticides and other chemical inventory. Sold as per notice of sale at docket no. 52 Buyer assumes all risks and costs of possession, transportation and chemical management including gov't permits. | 786,614.31 | 20,000.00 | | 20,000.00 | FA |
| 38. CONTINGENT CLAIMS (u)  2009 Treasury Tax Refund. | 0.00 | 48,000.00 | | 0.00 | 48,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,012.62 | FA |

| | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,096,999.97 | $341,371.34 | | $705,883.96 | $48,000.00 |
| | | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending collection of tax refund. - Noreen Wiscovitch 4/24/2016
Attorneys for Estate still investigating whether to file suit against Treasury. - Noreen Wiscovitch 11/15/2015
Successor Trustee to continue to pursue collection of Account Receivable from Treasury. May 10, 2015, 11:46 am
Pending determination to file suit against Treasury for tax refund. April 12, 2015, 10:36 pm

All assets administered. Pending outcome of adversary proceeding for collection of tax refund in the amount of $48,000.00 application for employment of special counsel Rafael Gonzalez Valiente, Esq. filed at docket no. 99

Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:     /s/ NOREEN WISCOVITCH-RENTAS     Date: 04/27/2016

NOREEN WISCOVITCH-RENTAS
PMB #136
400 Kalaf Street
SAN JUAN, PR 00918
(787) 946-0132
noreen@nwr-law.com